# UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISON

**IMANI WILSON**,
Plaintiff,

v. Civil Action No. _____

**TRANSUNION LLC**,
Defendant.

## COMPLAINT

### (Jury Trial Demanded)

Plaintiff Imani Wilson ("Plaintiff"), proceeding pro se, alleges the following against Defendant TransUnion LLC ("TransUnion" or "Defendant"):

## I. INTRODUCTION

1.  This is an action for violations of the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681 et seq.

2.  Defendant TransUnion failed to follow reasonable procedures to assure maximum possible accuracy of information contained in Plaintiff's consumer report, failed to conduct reasonable reinvestigations of disputed information, improperly reinserted previously deleted accounts without proper notice, and failed to provide complete and accurate disclosures as required under federal law.

3.  As a result of Defendant's conduct, Plaintiff suffered damages including emotional distress, loss of credit opportunities, damage to reputation, and financial harm.

## II. JURISDICTION AND VENUE

4.  This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1331 because this action arises under federal law, specifically the Fair Credit Reporting Act, 15 U.S.C. § 1681 et seq.

FILED USDC FLND TL
MAY 28 '26 AM11:46



5. Venue is proper in this Court pursuant to 28 U.S.C. § 1391 because Defendant conducts business within this judicial district and a substantial part of the events giving rise to these claims occurred within this district.

## III. PARTIES

6. Plaintiff Imani Wilson is a natural person and consumer as defined by 15 U.S.C. § 1681a(c).

7. Defendant TransUnion LLC is a consumer reporting agency as defined by 15 U.S.C. § 1681a(f) and regularly conducts business throughout the United States, including within this judicial district.

## IV. FACTUAL ALLEGATIONS

### A. U.S. Department of Education Accounts

8. On or about May 2025, Plaintiff disputed the accuracy and completeness of the following accounts appearing on Plaintiff's TransUnion credit report:

- US Dept of Ed Account No. 850127XXXXX

- US Dept of Ed Account No. 850127XXXX

- US Dept of Ed Account No. 850127XXXXX

9. Plaintiff informed TransUnion that the information being reported was inaccurate.

10. On or about June 2025, TransUnion completed its investigation and deleted the accounts from Plaintiff's credit report after determining the information was inaccurate or could not be verified.

11. On or about February 2026, TransUnion reinserted the previously deleted accounts onto Plaintiff's consumer report.

12. Plaintiff did not receive proper notice of reinsertion as required by 15 U.S.C. § 1681i(5)(B).

13. On or about March 2026, Plaintiff submitted another dispute to TransUnion concerning the reinsertion and accuracy of the accounts.

14. On or about April 2026, TransUnion responded by stating that the accounts were verified.

15. TransUnion failed to conduct a reasonable reinvestigation and failed to ensure maximum possible accuracy of Plaintiff's consumer report.

## B. VyStar Account

16. Plaintiff maintains an account with VyStar bearing account number 510750XXXXX.

17. On or about September 2025, Plaintiff discovered that TransUnion was reporting a 30-day late payment for August 2025.

18. Plaintiff disputed the accuracy and completeness of the reported late payment with TransUnion on or about September 2025.

19. On or about October 2025, TransUnion responded by verifying the account and the alleged late payment.

20. Plaintiff was never late on this account.

21. TransUnion failed to conduct a reasonable reinvestigation and continued reporting inaccurate information.

## C. Santander Account

22. Plaintiff maintains a Santander account bearing account number 300002XXXXX.

23. On or about March 2026, Plaintiff disputed inaccurate late payment reporting associated with this account.

24. The account reflected two consecutive 30-day late payments followed by a 60-day late payment that were inaccurate.

25. On or about April 2026, TransUnion verified the disputed information despite the inaccuracies.

26. TransUnion failed to maintain reasonable procedures to assure maximum possible accuracy of Plaintiff's consumer report.

## V. CAUSES OF ACTION

### COUNT I

**Violation of 15 U.S.C. § 1681i — Failure to Conduct Reasonable Reinvestigation**

27. Plaintiff incorporates by reference all preceding paragraphs.

28. Plaintiff disputed inaccurate information appearing on Plaintiff's consumer report.

29. TransUnion failed to conduct a reasonable reinvestigation of disputed information.

30. TransUnion negligently and/or willfully violated 15 U.S.C. § 1681i.

31. Plaintiff suffered damages as a direct and proximate result of TransUnion's conduct.

## COUNT II

**Violation of 15 U.S.C. § 1681i(5)(B)(i) — Improper Reinsertion Without Certification**

32. Plaintiff incorporates all preceding paragraphs.

33. TransUnion reinserted previously deleted U.S. Department of Education accounts onto Plaintiff's consumer report.

34. TransUnion failed to obtain certification of accuracy from the furnisher before reinsertion.

35. Defendant violated 15 U.S.C. § 1681i(5)(B)(i).

36. Plaintiff suffered damages as a result.

## COUNT III

**Violation of 15 U.S.C. § 1681i(5)(B)(ii) — Failure to Provide Proper Reinsertion Notice**

37. Plaintiff incorporates all preceding paragraphs.

38. TransUnion failed to provide Plaintiff with proper written notice within five business days after reinserting previously deleted information.

39. Defendant violated 15 U.S.C. § 1681i(5)(B)(ii).

40. Plaintiff suffered damages as a result.

## COUNT IV

**Violation of 15 U.S.C. § 1681e(b) — Failure to Follow Reasonable Procedures**

41. Plaintiff incorporates all preceding paragraphs.

42. TransUnion failed to follow reasonable procedures to assure maximum possible accuracy of the information contained in Plaintiff's consumer report.

43. TransUnion continued reporting inaccurate information despite repeated disputes.

44. Defendant negligently and/or willfully violated 15 U.S.C. § 1681e(b).

45. Plaintiff suffered actual damages.

## COUNT V

### Violation of 15 U.S.C. § 1681g — Failure to Provide Accurate Disclosures

46. Plaintiff incorporates all preceding paragraphs.

47. TransUnion failed to clearly and accurately disclose all information in Plaintiff's consumer file and failed to provide complete disclosures concerning reinsertion and verification procedures.

48. Defendant violated 15 U.S.C. § 1681g.

49. Plaintiff suffered damages as a result.

## VI. DAMAGES

50. As a direct and proximate result of Defendant's actions, Plaintiff suffered:

- Damage to creditworthiness;

- Loss of credit opportunities;

- Emotional distress;

- Anxiety and humiliation;

- Time and expenses incurred disputing inaccuracies;

- Financial damages.

51. Defendant's conduct was negligent and/or willful, entitling Plaintiff to actual, statutory, punitive, and compensatory damages under the FCRA.

## VII. PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court enter judgment in favor of Plaintiff and against Defendant TransUnion LLC and award:

A. Actual damages pursuant to 15 U.S.C. §§ 1681n and 1681o;

B. Statutory damages;

C. Punitive damages for willful noncompliance;

D. Costs of litigation;

E. Pre-judgment and post-judgment interest;

F. Injunctive and declaratory relief as permitted by law; and

G. Any other relief this Court deems just and proper.

## VIII. JURY DEMAND

Plaintiff demands a trial by jury on all issues so triable.

Respectfully submitted,

**Imani Wilson**
2917 Mock Drive
Tallahassee, FL 32301
850-354-9388
imaniwilson12@yahoo.com

Plaintiff, Pro Se

Date: 5/21/26

TO REUSE: Mark through all previous shipping labels and barcodes.

Align top of FedEx® shipping label here.

ORIGIN ID:PNVA    (850) 597-6422
IMANI WILLSON

2917 MOCK DRIVE

TALLAHASSEE, FL 32301
UNITED STATES US

SHIP DATE: 26MAY26
ACTWGT: 0.25 LB
CAD: 6571658/ROSA2710

TO  **US DISTRICT COURT**

**111 NORTH ADAM STREET**
**STE 322**
**TALLAHASSEE FL 32301**

(850) 521-3501         REF:
INV:
PO:                                    DEPT:



**FedEx**
Express

**E**

1 of 2

TRK# 8722 5888 3673
0201

## MASTER ##

THU – 28 MAY 5:00P
** 2DAY **

**SP TLHA**                    32301
                    FL–US   TLH

Align bottom of peel-and-stick airbill or pouch here.